DAVID BERNARD FRANK, an Infant, by MORRIS FRANK, His Guardian ad Litem, and MORRIS FRANK and ANNA FRANK, Respondents, v. WEDGEWOOD REALTY

Co., Inc., Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiffs David Bernard Frank, an infant, by Morris Frank, his guardian *ad litem*, and Anna Frank stipulate to reduce the judgment as entered in favor of the plaintiff David Bernard Frank, an infant, to the sum of $6,181.20, and the judgment as entered in favor of the plaintiff Anna Frank to the sum of $2,500; in which event the judgment as so modified is affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.; Cohn, J., dissents and votes to affirm.— Settle order on notice.